IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FRED SUTTON,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY DETENTION/<br>REGIONAL CENTER, SPECTRUM<br>MEDICAL, DOUGLAS CASPEN, LPN<br>LINDA, K. BROOKS, MR. GODFREY,<br>MR. NORRIS, and SPECTRUM<br>MEDICAL STAFF,<br><br>Defendants. | CV-15-00012-GF-BMM-JTJ<br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Plaintiff Fred Sutton has filed an Amended Complaint. (Doc. 6.) Mr. Sutton alleges that Defendant Douglas Caspen has stopped all medical care of his back condition in violation of the Eighth Amendment to the United States Constitution.

The Court has considered whether Mr. Sutton's Amended Complaint is frivolous, malicious, fails to state a claim, or seeks solely monetary relief from a defendant who is immune. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(b). It has also considered whether Mr. Sutton has a reasonable opportunity to prevail on the merits. *See* 42 U.S.C. § 1997e(g). Dismissal is not appropriate at this time. Defendant Caspen must respond to the Complaint.

1

The remaining Defendants were named in Mr. Caspen's original Complaint but not in his Amended Complaint.  As Mr. Sutton was advised in the Court's prior Order, the filing of an amended complaint replaces the original complaint and the original complaint no longer serves a function in the case.  *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  Accordingly, Defendants Cascade County Detention/ Regional Center; Spectrum Medical; LPN Linda; K. Brooks; DOC/MSP Monitor Mr. Godfrey; CCRP Grievance Coordinator Mr. Norris; and Spectrum Medical Staff should be dismissed.

Based on the foregoing, the Court issues the following:

**ORDER**

1.  Pursuant to Fed.R.Civ.P. 4(d), the Court requests Defendant Caspen to waive service of summons by executing, or having counsel execute, the Waiver of Service of Summons.  The Waiver must be returned to the Court within **thirty (30) days of the entry date reflected on the Notice of Electronic Filing**.  If Defendant chooses to return the Waiver of Service of Summons, the answer or an appropriate motion will be due within 60 days after the entry date reflected on the Notice of Electronic Filing for this Order, pursuant to Fed.R.Civ.P. 12(a)(1)(B).  *See* 42 U.S.C. § 1997e(g)(2) (while Defendants may occasionally be permitted to "waive the right to reply to any action brought by a prisoner confined in any jail, prison, or

other correctional facility under section 1983," once the Court has conducted its sua sponte screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b), and thus, has made a preliminary determination based on the face on the pleading alone that plaintiff has a "reasonable opportunity to prevail on the merits," Defendant is required to respond).

    2. The Clerk of Court shall forward the documents listed below to:

| | |
|---|---|
| Legal Counsel for the | PA Douglas Caspen |
| Montana Department of Corrections | Cascade County Regional Prison |
| P.O. Box 201301 | 3800 Ulm North Frontage Road |
| Helena, MT 59620-1301 | Great Falls, MT 59404 |

    \*    Complaint (Doc. 2);
    \*    January 22, 2015 Order (Doc. 4);
    \*    Amended Complaint (Doc. 6);
    \*    this Order;
    \*    a Notice of Lawsuit & Request to Waive Service of Summons; and
    \*    a Waiver of Service of Summons.

    3. Any party's request that the Court grant relief, make a ruling, or take an action of any kind must be made in the form of a motion, with an appropriate caption designating the name of the motion, served on all parties to the litigation, pursuant to Federal Rules of Civil Procedure 7, 10, and 11. If a party wishes to give the Court information, such information must be presented in the form of a notice. The Court will not consider requests made or information presented in letter form.

4. Pursuant to Fed.R.Civ.P. 5(a), all documents presented for the Court's consideration must be simultaneously served by first-class mail upon the opposing party or their counsel if the party is represented. Each party shall sign and attach a proper certificate of service to each document filed with the Court. The Certificate of Service must state the date on which the document was deposited in the mail and the name and address of the person to whom the document was sent. The sender must sign the certificate of service.

5. Mr. Sutton <u>shall not</u> make any motion for default until at least seventy (70) days after the date of this Order.

6. At all times during the pendency of this action, Mr. Sutton must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

Further, the Court issues the following:

## RECOMMENDATIONS

Defendants Cascade County Detention/ Regional Center; Spectrum Medical; LPN Linda; K. Brooks; DOC/MSP Monitor Mr. Godfrey; CCRP Grievance Coordinator Mr. Norris; and Spectrum Medical Staff should be **DISMISSED** without prejudice.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Mr. Sutton may file objections to these Findings and Recommendations within fourteen (14) days after service (mailing) hereof.[1] 28 U.S.C. § 636. Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed.R.App.P. 4(a) should not be filed until entry of the District Court's final judgment.

DATED this 16th day of March, 2015.

    /s/ John Johnston
John Johnston
United States Magistrate Judge

---

[1] As this deadline allows a party to act after the Findings and Recommendations is "served," it falls under Fed.R.Civ.P. 6(d). Therefore, three (3) days are added after the period would otherwise expire.

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

TO: Legal Counsel for the          PA Douglas Caspen
       Montana Department of Corrections    Cascade County Regional Prison
       P.O. Box 201301                       3800 Ulm North Frontage Road
       Helena, MT 59620-1301             Great Falls, MT 59404

A lawsuit has been commenced by a pro se plaintiff against PA Douglas Caspen. A copy the Complaint and Amended Complaint are attached to this notice. They have been filed in the United States District Court for the District of Montana, Civil Action No. CV-15-12-GF-BMM-JTJ. The Court has completed its pre-screening and concludes Defendant must file a responsive pleading. *See* 42 U.S.C. § 1997e(c), (g)(2); 28 U.S.C. §§ 1915(e)(2), 1915A(a), (b).

This is not a formal summons or notification from the Court, but rather a request that you sign and file the enclosed waiver of service in order to save the cost of service by the U.S. Marshal's Service. The cost of service will be avoided if you file the signed Waiver of Service of Summons within 30 days of the date the Order directing this Notice of Lawsuit and Request for Waiver of Service of Summons to be sent was entered as indicated on the Notice of Electronic Filing.

If you comply with this request and return the waiver to the Court, it will be filed with the Court and no summons will be served. The action will then proceed as if you had been served on the date the waiver is filed, except you must file an answer or appropriate motion within 60 days of the date the Order directing this Notice of Lawsuit and Request for Waiver of Service of Summons to be sent was entered as indicated on the Notice of Electronic Filing.

If you do not wish to waive service on behalf of Defendant, please indicate this on the Waiver of Service of Summons form. The Court will, in turn, order the U.S. Marshal's Service to serve the complaint personally on Defendant and may impose the full costs of such service.

                                               */s/ John Johnston*
                                               John Johnston
                                               United States Magistrate Judge

# WAIVER OF SERVICE OF SUMMONS

TO:   The U.S. District Court for the District of Montana

      The following Defendant acknowledges receipt of your request to waive service of summons in the following action: *Sutton v. Caspen,* Civil Action No. CV-15-12-GF-BMM-JTJ, filed in the United States District Court for the District of Montana. Defendant also received a copy of the Complaint and Amended Complaint. I am authorized by the following Defendant to agree to save the cost of service of a summons and an additional copy of the Complaint and Amended Complaint in this action by not requiring that the following individual be served with judicial process in the case provided by Fed.R.Civ.P. 4:

_____; _____;

_____; _____;

_____; _____;

      The above-named Defendant retains all defenses or objections to the lawsuits or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons. I understand judgments may be entered against the above-named Defendant if an answer or motion under Fed.R.Civ.P. 12 is not served within 60 days after the date the Order directing the Notice of Lawsuit and Request for Waiver of Service of Summons to be sent was entered as indicated on the Notice of Electronic Filing.


_____      _____
DATE                                   SIGNATURE

                                          _____
                                          PRINTED/TYPED NAME

                                          _____

                                          _____
                                          ADDRESS